UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>JESSICA MARIE PRATER, )<br>)<br>Defendant. )<br>_____ ) | Criminal Case No. 08CR0467-01-JLS<br><br>CERTIFICATE OF SERVICE |

**IT IS HEREBY CERTIFIED THAT:**

**I, MATT LEES,** am a citizen of the United States and an at least eighteen years of age. My business address is 5663 Balboa Ave. #455, San Diego, CA 92111.

I am not a party to the above-entitled action. I have caused service of Defendant's Sentencing Summary Chart and Defendant's Sentencing Considerations on the following parties by electronically filing the foregoing with the Clerk of the District Court using the EFC System, which electronically notifies them.

1. United States Attorney's Office ( Attorney David Katz)

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-EFC participants on this case : NONE , the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct'

Executed on May 16, 2008 in San Diego, CA.


                                                                        s/ MATT LEES
                                                                        Matt Lees